IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-00100-02-CR-W-HFS |
| ) | |
| DESIREE DURHAM ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Having reviewed the report and recommendation regarding defendant's competence to stand trial, and the expert evaluations dated October 18, 2013 (doc. 60), July 1, 2014 (doc. 108), and October 23, 2014 (doc. 122), and noting the absence of objections to the report and recommendation, I hereby ADOPT the report and recommendation (doc. 128) and find that the defendant is not currently suffering from a mental disease or defect that would prevent her from understanding the nature and consequences of the proceeding against her or assisting in her defense.
It is SO ORDERED.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

December  10 , 2014

Kansas City, Missouri